AB 14596846.1.1fdx-3

** LEGAL MAIL **

ORIGIN ID:SCFA (417) 591-9211
JOAQUIN MARIO VALENCIA-TRUJILLO
REG NO.: 02440-748
FCI OAKDLAE
2105 EAST WHATLEY ROAD
OAKDALE, LA 71463
UNITED STATES US

SHIP DATE: 07AUG26
ACTWGT: 0.10 LB
CAD: 265453633/FAPI2208

BILL SENDER

TO CLERK OF THE COURT
MIDDLE DISTRICT OF FLORIDA, TAMPA D
SAM M. GIBBONS UNITED STATES COURTH
801 NORTH FLORIDA AVENUE
TAMPA FL 33602

(417) 591-9211 REF: 1
INV: 14596846
PO: DEPT:

58KJ4/5863/484B

FedEx Express

E

J261026012001uv

TUE - 11 AUG 5:00P
** 2DAY **

TRK# 0201 8754 4920 4702

SA TAMPG

KYOA 33602
FL-US TPA

4596846
00001

EXTREMELY URGENT

0336 MON 08/10 07:19 6262745
MIDDLE DISTRICT OF FLORIDA, TAMPA D
801 N FLORIDA AVE
SAM M. GIBBONS UNITED STATES COURT
TAMPA FL 33602-3849-99

E

825-4045

ETP: 1 SP:PD:100:Y
11952688310900033602008754492O4702

Screened by USMS

EXTREMELY URGENT

# URGENT DELIVERY

Delivered by FedEx®