UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOAQUIN MARIO VALENCIA-TRUJILLO,
Petitioner,

v. Case No. 8:26-cv-384-MSS-AAS
8:02-cr-329-MSS-AAS

UNITED STATES OF AMERICA,
Respondent.

**UNITED STATES' NOTICE OF NON-OPPOSITION TO VALENCIA-TRUJILLO'S MOTION FOR LEAVE TO FILE A REPLY**

On August 5, 2026, the United States filed a response in opposition to Valencia-Trujillo's supplemental brief in support of his 28 U.S.C. § 2255 motion. Civ. Doc. 19. Valencia-Trujillo thereafter filed a motion for leave to file a limited reply to the response and noted that, due to his incarceration, he was unable to confer with the undersigned regarding the relief requested and that he would attempt communication through a "representative." Civ. Doc. 20 at 2. On August 21, 2026, the undersigned received an email from a third party purportedly writing on behalf of Valencia-Trujillo, seeking the United States' position on the motion. In an abundance of caution, the United States has filed this notice with the Court, stating its non-opposition to this Court granting leave for Valencia-Trujillo to file a reply. *See* Civ. Doc. 20; M.D. Fla. Local Rule 3.01(g).

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: */s/ John H. Aycock*
JOHN H. AYCOCK
Assistant United States Attorney
Appellate Division
Florida Bar No. 112825
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6102
E-mail: john.aycock@usdoj.gov

**Valencia-Trujillo v. United States** **Case No. 8:26-cv-384-MSS-AAS**

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2026, a true and correct copy of the foregoing document and the notice of electronic filing were sent by United States Mail to the following non-CM/ECF participant:

Joaquin Mario Valencia-Trujillo
Reg. No. 02440-748
FCI Oakdale II
Federal Correctional Institution
P.O. Box 5010
Oakdale, LA 71463

*/s/ John H. Aycock*
JOHN H. AYCOCK
Assistant United States Attorney